IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------x

XENOPHON PAPANIKOLAOU
          Plaintiff,

 -against-

ATLANTIC SHIP AGENCIES, INC.,       CIVIL ACTION NO.
CORONA SPECIAL MARITIME
ENTERPRISE, KRISTEN
NAVIGATION, INC., and the vessel
M/V ASTRO CORONA, *In Rem.*
          Defendants.

-------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lawrence A. Arcell to represent plaintiff Xenophon Papanikolaou, in this matter.

Signed: _____

      C.S. Knothe
      14 The Commons
      3516 Silverside Road
      Wilmington, De. 19810
      302.478.8800
      Attorney for: Xenophon Papanikolaou
      Date: -

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

              _____

              United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Louisiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted 0 to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _____

360 West 31st Street, Suite 1506
New York, New York 10001